**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C §§ 1983**

Name  ROSENBALM   VINCENT
      (Last)        (First)      (Initial)

Prisoner Number  2069375    NAPA STATE HOSPITAL
Institutional Address  2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE ROSENBALM
(Enter the full name of plaintiff in this action.)

vs.                                    CV 08  3213 SI (PR)
                                       Case No.
                                       (To be provided by the Clerk of Court)
EDMUND G. BROWN
THOMAS ALLMAN                          COMPLAINT UNDER THE
                                       CIVIL RIGHTS ACT,
ED FOULK                               Title 42 U.S.C § 1983
PEOPLE OF THE STATE OF CALIFORNIA      28 U.S.C 1915(g)
(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement  NAPA State Hospital

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES ( )   NO (✓)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.  DUE TO THREATS TO KILL MY FAMILY MEMBERS AND ATTEMPT TO KILL ME!

COMPLAINT                              - 1 -

1. Informal appeal ASKED FOR MARSDEN Hearing REFUSED MARSDEN Hearing

2. First formal level Habeas CORPUS 10/23/06 MENDOCINO Superior court Still remains UNANSWERED 2008?

3. Second formal level Appeal to FiRst District COURT OF Appeals winter 2006-2007 PREJUDICIAL ERROR iS CORRECT RULING

4. Third formal level SUPREME COURT OF CALIFORNIA

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✔)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Attempt to kill me, beat me AND torture AND threats to kill My fAMILY Members.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

EDMUND G. BROWN - Attorney General of CALIFORNIA

COMPLAINT                                  - 2 -

1. THOMAS ALLMAN-SHERIFF OF MENDOCINO COUNTY
2. ED FOULK - EXECUTIVE DIRECTOR NAPA State Hospital
3. People Of the State OF CALiFORNIA ~~ARE~~
4. ~~[struck through]~~

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) ON OR ABOUT 5/2/08 THE StAte COURt oF APPEAL RULED tHEY MADE A PREJUDICIAL ERROR AND CONTINUE TO ILLEGALLY IMPRISON ME!

2) HUNDREDS OF CRIMES HAVE Been Committed tHE LASt 2 YEARS to illegally imprison me

3) MENDOCINO SHERIFF DENNIS Miller SHOt At ME TWICE WITH A GUN, MY NEXt COURt CASE^MENDOCINO SHERIFF tHREATENED to kill my family members in jail.

4) ON OR ABOUt 5/3/07 Hospital workers Attempted to kill me!

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

REStRAINING ORDer AGAINSt UKIAH POLICE Victim WITNESS HELP RELOCATION, JOB RE-training, help rebuild credit

COMPLAINT                          - 3 -

DUE to A PREJUDICIAL ERROR I REMAIN ILLEGALLY IMPRISONED, I ASK FOR A JUDGEMENT OF $10 MILLION DOLLARS DAMAGES.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __JUNE__, 20 __08__

_Vincent Rosenbalm_

(Plaintiff's signature)

COMPLAINT                     - 4 -