E-filing

(PR)

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE ROSENBAUM

        Plaintiff,

vs. EDMUND G. BROWN
THOMAS ALLMAN
ED FOULK
PEOPLE OF THE STATE  Defendant.
OF CALIFORNIA

CASE NO. CV 08 3213

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

28 U.S.C. 1915(g)

I, Vincent L. Rosenbaum, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: About $20 week  Net: About $20 week

Employer: Napa State Hospital
2100 Napa Vallejo Highway Napa, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                  Yes ✓  No ___
10           self employment
11      b.   Income from stocks, bonds,               Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                           Yes ___ No ✓
14      d.   Pensions, annuities, or                  Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,       Yes ✓  No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  12⁵⁰ MONTH Hospital welfare
22  32⁵ AUTHOR HOUSE PUBLISHING
23  3.      Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.      a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

ALL ESTimates

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5        _____JDR (17)_____
6        NONE AT PRESENT DUE to illegal imprisonment
7   5.   Do you own or are you buying a home?    Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?  (2)    Yes ✓ No ___
10  Make  SUBARU   Year 1992, 1993 Model  Legacy
11  Is it financed? Yes ___ No ✓ If so, Total due: $ ∅
12  Monthly Payment: $ ∅
13  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ✓ No ___ Amount: $ ABOUT $20
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ✓ No ___
20  Personal property Estimated $15,000.00
21  8.   What are your monthly expenses?
22  Rent: $ ∅          Utilities: ∅
23  Food: $ ∅          Clothing: ∅
24  Charge Accounts:
25  Name of Account        Monthly Payment         Total Owed on This Acct.
26  ∅                      $ ∅                     $ ∅
27  ∅                      $ ∅                     $ ∅
28  ∅                      $ ∅                     $ ∅

1  9.      Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _CREDit CARDS_____ESTimated__$5-10,000.00_
4  _SCHOOL LOANS_____✓_____$5-10,000.00_
5  10.     Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _Not SURE  CANt AFFORD COPIES_____
10 _HUNDREDS OF MAtters PENDiNG_____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _6/16/08_                    _Vincent Rosenbalm_
17     DATE                         SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Vincent Rosenbalm__ for the last six months
[prisoner name]
__Napa State Hospital__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __29.77__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0.00__.

Dated: __4-4-08__                    __Laura Harris, STO__
[Authorized officer of the institution]

---

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

---

4/4/2008  
7:54:35AM

**NAPA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

---

**TOTAL WITHDRAWLS / DEPOSITS:**                                              $165.75     $178.58



RECEIVED
JUN 19 PM 12: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102